IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCO VALDERRAMA,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL, et al.,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:19-cv-01389-MCE-EFB<br><br>**ORDER DISMISSING CASE** |

In accordance with the parties' stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: November 8, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE